**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **ALRITA BURKS,**<br><br>**Plaintiff,**<br>**v.**<br><br>**GENERAL MOTORS, LLC,**<br><br>**Defendant.** | **Civil Action No. 1:17-cv-01008-GLR** |

**JOINT REQUEST FOR SETTLEMENT
CONFERENCE AND STAY OF PROCEEDINGS**

The Plaintiff, Alrita Burks, and the Defendant, General Motors, LLC, (collectively the "Parties"), through their respective undersigned counsel, jointly request that this Court refer this case to a U.S. Magistrate Judge for a settlement conference and stay all proceedings in this case pending the conclusion of the settlement conference. In support of this request, the Parties state as follows:

1. This lawsuit contains two claims; a claim of retaliation in violation of Title VII and a claim of gender discrimination in violation of Title VII. Defendant has not yet filed an Answer to the Complaint. The Court has not yet issued a scheduling order, and discovery has not yet begun.

2. The Parties jointly request that the Court refer the case to a U.S. Magistrate Judge for a settlement conference. The Parties believe that with the assistance of a settlement conference, they may be able to resolve all outstanding issues and reach a full and final settlement of all claims in this case.

3. The Parties further request that the Court stay all proceedings in this case pending the conclusion of the settlement conference. If a settlement is not reached during the settlement conference, the stay can be lifted, and the Court may proceed to issue a scheduling order.

Respectfully submitted,

/s/
George Rose, Esq. (Federal Bar No. 26086)
(Signed by Kathleen A. McGinley with the permission of George Rose, Esq.)
John J. Leppler, Esq. (Federal Bar No. 19736)
Rose Law Firm, LLC
200 E. Lexington Street, Suite 1305
Baltimore MD 21202
Telephone: 410-727-7555
Facsimile: 443-320-0962
Email: grose@roselawfirm.net
Email: attorneyleppler@roselawfirm.net

*Attorneys for Plaintiff Alrita Burks*

/s/
Larry R. Seegull (Federal Bar No. 22991)
Kathleen McGinley (Federal Bar No. 29150)
Jackson Lewis P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
410.415.2004 (direct)
410.415.2001 (facsimile)
larry.seegull@jacksonlewis.com
kathleen.mcginley@jacksonlewis.com

*Attorneys for Defendant General Motors, LLC*