## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| ALRITA BURKS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No.: 1:17-cv-01008-GLR |
| | * | |
| GENERAL MOTORS, LLC | * | |
| . | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### GEORGE A. ROSE'S MOTION & MEMORANDUM IN
### SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY

Now Comes undersigned counsel, George A. Rose, Esquire, pursuant to Local Rule 101.2, and request leave of this Court to withdraw as attorney for Plaintiff.

### A. Introduction

1.     Plaintiff is Alrita Burks and Defendant is General Motors, LLC.

2.     Plaintiff sued defendant for disparate treatment gender discrimination and retaliation, in violation of Civil Rights Act, 42 U.S.C. §   2000e *et seq*., and 42 U.S.C. § 1981.

### B. Argument

4.     There is good cause for this court to grant this motion because undersigned counsel and Plaintiff have differences of opinion regarding the case, and differences regarding the terms for legal services provided by undersigned counsel in the case.

5.     Furthermore, this request should be granted because undersigned counsel files a certificate with this motion, incorporated herein, stating: (a) the name and last known address of the Plaintiff, and (b) that a written notice has been mailed to or otherwise served upon the Plaintiff at least seven (7) days previously advising the Plaintiff of counsel's proposed withdrawal and notifying the Plaintiff either to have new counsel enter an appearance or to advise the Clerk that the client will be proceeding without counsel.

6.     The withdrawal of undersigned counsel will not delay proceedings in this lawsuit, which has not yet been served on the Defendant.

## C. Conclusion

Wherefore, for the reasons set forth above, George A. Rose, Esq., asks this court to grant this motion to withdraw as attorney for Plaintiff.

Respectfully Submitted,

*/s/ George Rose*
_____
George A. Rose, Esquire #26086
Rose Law Firm, LLC
200 E. Lexington Street, Suite 1305
Baltimore, MD  21202
Telephone: 410-727-7555
Facsimile: 443-320-0962
Email: grose@roselawfirm.net

## LR 101.2 CERTIFICATION

I HEREBY CERTIFY that the name of the Plaintiff is Alrita Burks whose current address is 220 Powdersby Road, Joppa, MD, 21085.  Furthermore, I Certify that a written notice was mailed to Plaintiff at least seven (7) days before the filing of this motion, advising Plaintiff of counsel's proposed withdrawal and notifying the Plaintiff either to have new counsel enter an appearance or to advise the Clerk that the client will be proceeding without counsel.

Respectfully submitted,

/s/ *George Rose*
_____
George A. Rose, Esq. #26086