# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ALRITA BURKS,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**GENERAL MOTORS, LLC,**<br><br>            **Defendant.** | **Civil Action No.  1:17-cv-01008-GLR** |

### DEFENDANT'S MOTION TO EXTEND THE DEADLINE
### TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant General Motors, LLC ("GM" and Defendant), through its counsel, files this Motion requesting that the deadline for Defendant to file a response to Plaintiff's Complaint be extended by ten days and so states:

1.     Per the Court's December 11, 2017 Order lifting the stay in this case, Defendant's response to the Complaint is currently due on December 29, 2017.

2.     Defendant requests that the deadline for filing its response to the Complaint be extended by 10 days through, and including, January 8, 2018.

3.     Beginning on December 21, 2017, on a company-wide, annual basis, Defendant shuts down operations until January 2, 2018.  Defendant's employees, including management and human resources staff, at the plant at which Plaintiff is employed have this time off of work.

4.     During the shutdown Defendant will not be able to investigate the claims raised by Plaintiff to draft a response to the Complaint, which is why it seeks an extension.

5.     No prejudice to Plaintiff will result from this brief extension.  Plaintiff is currently on leave and has been for approximately two months.

1

6. Pursuant to Local Rule 105, Plaintiff, who is acting *pro se,* was contacted by defense counsel by phone about her position on this motion, but did not respond prior to the filing of this Motion.

Accordingly, Defendant respectfully requests that this Court extend the deadline for Defendant's response to the Complaint through and including January 8, 2018.

Respectfully submitted,

/s/
Larry R. Seegull (Federal Bar No. 22991)
Kathleen McGinley (Federal Bar No. 29150)
Jackson Lewis P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
410.415.2004 (direct)
410.415.2001 (facsimile)
larry.seegull@jacksonlewis.com
kathleen.mcginley@jacksonlewis.com

*Attorneys for Defendant General Motors, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **ALRITA BURKS,**<br><br>    **Plaintiff,**<br>v.<br><br>**GENERAL MOTORS, LLC,**<br><br>    **Defendant.** | **Civil Action No.  1:17-cv-01008-GLR** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of December 2017, a copy of the foregoing Defendant's Motion to Extend the Deadline to File a Response to Plaintiff's Complaint was mailed via first-class mail, postage pre-paid, to:

Alrita Burks
220 Powdersby Road
Joppa, MD 21085

                    /s/
                    Kathleen A. McGinley